413 A.2d 1119

Commonwealth ex rel. Wesley–Burke v. Wesley–Burke.

Appeal of Peter Wesley–Burke.

Submitted December 8, 1978. Albert C. Oehrle, for appellant; Stephen B. Harris, for appellee Honora Wesley-Burke.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.

413 A.2d 1120

Kanis v. City of Philadelphia and Coleman, Commissioner of Records, Appellants.

Argued March 22, 1979. Agostino Cammisa, for appellants; Thomas J. Mettee, for appellee.

Before CERCONE, P. J., WATKINS and HOFFMAN, JJ.

Order of the court below affirmed.